■ LINDA A. FOREMAN, Appellant, v JIHAD SKEIF, Respondent, et al., Defendant. [982 NYS2d 314]—

Order, Supreme Court, Bronx County (Alison Y. Tuitt, J.), entered April 4, 2013, which granted defendant Jihad Skeif's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Skeif presented unrefuted evidence that the vehicle operated by codefendant Ira H. Foreman made a left turn across the path of Skeif's oncoming vehicle in violation of Vehicle and Traffic Law § 1141, and that he applied his brakes, but could not avoid the collision (*see Griffin v Pennoyer*, 49 AD3d 341, 341-342 [1st Dept 2008]). Skeif properly supported his motion with admissible evidence by submitting the parties' deposition transcripts (*see Franco v Rolling Frito-Lay Sales, Ltd.*, 103 AD3d 543, 543 [1st Dept 2013]).

Plaintiff, a passenger in Foreman's vehicle, failed to raise a triable issue of fact. She failed to submit any evidence supporting her claim that Skeif could have avoided the accident by paying proper attention (*see Cadeau v Gregorio*, 104 AD3d 464, 465 [1st Dept 2013]). Moreover, there is no evidence in the record that Skeif was speeding or was otherwise negligently operating his vehicle (*see id.*). Concur—Acosta, J.P., Renwick, Moskowitz, Freedman and Feinman, JJ.